1  RICHARD E. NOSKY, JR., City Attorney
   State Bar No. 130726
2  SHELLEY L. GREEN, Assistant City Attorney
   State Bar No. 161521
3  425 N. El Dorado Street, Second Floor
   Stockton, California 95202
4  Telephone: (209) 937-8333
   Facsimile: (209) 937-8898
5
   Attorneys for Defendants
6

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10 ANGELINA CANO and               )   CASE NO. 2:09-CV-01226 FCD EFB
   MARIO CANO, individually        )
11 and both as survivors of        )
   Mariano Cano, decedent,         )   **STIPULATION AND ORDER TO**
12                                 )   **DISMISS EFENDANT STOCKTON**
         Plaintiffs,               )   **POLICE DEPARTMENT**
13                                 )
   v.                              )
14                                 )
   CITY OF STOCKTON,               )
15 STOCKTON POLICE DEPARTMENT,     )
   FORMER STOCKTON POLICE CHIEF    )
16 THOMAS MORRIS, and              )
   STOCKTON POLICE OFFICER         )
17 ALAN LAMBERTSON,                )
                                   )
18       Defendants.               )
                                   )
19 _____

20    IT IS HEREBY STIPULATED, by and between the parties hereto,

21 through their respective counsel, that Defendant STOCKTON POLICE

22 DEPARTMENT is hereby dismissed with prejudice, each party to bear

23 their own costs.

24 Dated: August 27, 2009         CLAIR & BOSSI

25
                                  By:/s/ *Vittoria M. Bossi*
26                                   VITTORIA M. BOSSI

27                                Attorney for Plaintiffs

28 ///

                                   1
   _____
       STIPULATION TO DISMISS DEFENDANT STOCKTON POLICE DEPARTMENT; ORDER THEREON

1  Dated: August 27, 2009            RICHARD E. NOSKY, JR.
2                                    CITY ATTORNEY

3                                    By: */s/ Shelley L. Green*
                                         SHELLEY L. GREEN
4                                        Assistant City Attorney

5                                    Attorneys for Defendants

6

7                              **ORDER**

8      IT IS HEREBY ORDERED that Defendant STOCKTON POLICE
9  DEPARTMENT is hereby dismissed with prejudice, each party to bear
10 their own costs.

11 Dated: September 18, 2009

12                                   _____
                                     FRANK C. DAMRELL, JR.
13                                   UNITED STATES DISTRICT JUDGE