```
 1  JOHN M. LUEBBERKE, City Attorney
    State Bar No. 164893
 2  SHELLEY L. GREEN, Assistant City Attorney
    State Bar No. 161521
 3  425 N. El Dorado Street, Second Floor
    Stockton, California 95202
 4  Telephone: (209) 937-8333
    Facsimile: (209) 937-8898
 5
    Attorneys for Defendants
 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                    EASTERN DISTRICT OF CALIFORNIA

10  ANGELINA CANO and MARIO CHE   )   CASE NO. 2:09-CV-01226-FCD-EFB
    CANO, individually and both   )
11  As survivors of Mariano Cano, )
    Decedent,                     )   STIPULATION TO EXTEND CASE
12                                )   DEADLINES AND DATES;
              Plaintiffs,         )   ORDER THEREON
13                                )
    CITY OF STOCKTON, STOCKTON    )
14  POLICE DEPARTMENT, FORMER     )
    STOCKTON POLICE CHIEF THOMAS  )
15  MORRIS, and STOCKTON POLICE   )
    OFFICER ALAN LAMBERTSON       )
16                                )
              Defendants.         )
17  _____)
```

18      Due to the inability to complete discovery as a result of
19 heavy workloads and congested calendars, all parties are in
20 agreement to extending current case deadlines and dates to
21 adequately prosecute and defend this litigation. Therefore,

22      **IT IS HEREBY STIPULATED** by and between the parties hereto,
23 through their respective counsel, that the current deadlines and
24 dates in this matter be extended as follows:

25      1.   Discovery Cutoff:           April 1, 2011

26      2.   Expert Disclosure:          May 2, 2011

27      3.   Supplemental Experts        May 23, 2011
             (if necessary)
28

1

STIPULATION TO EXTEND CASE DEADLINES AND DATES; ORDER THEREON

|   |   |   |
|---|---|---|
| 4. | Dispositive Motion Hearing: | September 2, 2011 |
| 5. | Pretrial Conference: | November 4, 2011, at 2:30 p.m. |
| 6. | Trial: | January 24, 2012, at 9:00 a.m. |

Dated: October 28, 2010          CLAIR & BOSSI

By:/s/ *Vittoria M. Bossi*
   VITTORIA M. BOSSI

Attorneys for Plaintiffs

Dated: October 28, 2010          JOHM M. LUEBBERKE
CITY ATTORNEY

By:*/s/ Shelley L. Green*
   SHELLEY L. GREEN
   Assistant City Attorney

Attorney for Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated: October 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE