**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA  95207**
**Telephone: 209-477-1800**
**Facsimile:  209-477-1821**

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGELINA CANO and MARIO CHE CANO, individually and both As survivors of Mariano Cano, Decedent,**<br><br>        **Plaintiffs,**<br><br>**CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, FORMER STOCKTON POLICE CHIEF THOMAS MORRIS, and STOCKTON POLICE OFFICER ALAN LAMBERSTON**<br><br>        **Defendants.** | CASE NO. 2:09-CV-01226-FCD-EFB<br><br>**STIPULATION TO TAKE NOTICED DISCOVERY MOTION TO COMPEL OFF CALENDAR; and ORDER**<br><br>**SCHEDULED HEARNG DATE:**<br> March 30, 2011<br>TIME:   10:00 A.M.<br>CTRM:  24 (8th Fl.)<br>(Hon. Edmund F. Brennan,<br>U.S. Magistrate Judge) |

**THE PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD HEREBY ENTER INTO THE FOLLOWING STIPULATION AS FOLLOWS:**

Whereas plaintiff noticed hearing on a motion to compel responses to Requests to Produce Documents, Set One, for March 30, 2011 before the Honorable Edmund F. Brennan, U.S. Magistrate Judge.

Whereas the parties have met and conferred in good faith and defendants have

1

agreed to produce the responsive documents (including documents in subsequent sets to the extent they are "follow ups" to Set One) pursuant to a Stipulation for Protective Order, to be executed by the parties in good faith and submitted separately to this court for approval; and other portions of other sets which are not "follow ups" to Set One are also subject to said Stipulation for Protective Order.

   THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiffs withdraw said noticed Motion to Compel in good faith reliance on the defendants good faith agreement to produce pursuant to said Stipulation for Protective Order; and defendants agree in good faith to so produce in reliance on plaintiffs good faith execution of said Stipulation for Protective Order.

2. This Stipulation and Agreement may be executed in subparts and by facsimile or electronic signatures.

Dated: March 22, 2011                    CLAIR & BOSSI

                                         By     /s/ Vittoria Bossi
                                             VITTORIA M. BOSSI
                                             Attorney for Plaintiffs

Dated: March 23, 2011                    City Attorney's Office
                                         City of Stockton


                                         By:  /s/ Shelley L. Green
                                             Shelley L. Green
                                         Attorneys for CITY DEFENDANTS

    IT IS SO ORDERED.

Dated: March 24, 2011.

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE