1  **VITTORIA M. BOSSI, SBN 154694**
   **CLAIR & BOSSI**
2  **2155 West March Lane, Suite 1A**
   **Stockton, CA  95207**
3  **Telephone: 209-477-1800**
   **Facsimile:  209-477-1821**
4
5  **Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ANGELINA CANO and MARIO CHE CANO, individually and both As survivors of Mariano Cano, Decedent,<br><br>Plaintiffs,<br><br>CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, FORMER STOCKTON POLICE CHIEF THOMAS MORRIS, and STOCKTON POLICE OFFICER ALAN LAMBERSTON<br><br>Defendants. | CASE NO. 2:09-cv-01226-FCD-EFB<br><br>STIPULATION TO ALLOW NOTICED OFFICER CLARK DEPOSITION TO TAKE PLACE POST DISCOVERY-CUT OFF; ORDER |
|---|---|

**THE PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD HEREBY ENTER INTO THE FOLLOWING STIPULATION AS FOLLOWS:**

Whereas plaintiffs timely noticed the deposition of officer Michael Clark.

Whereas the defendant City of Stockton informed plaintiffs that it no longer employed former Officer Michal Clark and so could not produce him.

THEREFORE,   THE   PARTIES  STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiffs may subpoena and depose former officer Michal Clark after the close of discovery and before expert production.

2. This Stipulation and Agreement may be executed in subparts and by facsimile or electronic signatures.

Dated:  March 28, 2011               CLAIR & BOSSI

                                     By      /s/ Vittoria Bossi
                                          VITTORIA M. BOSSI
                                          Attorney for Plaintiffs

Dated: March 28, 2011                City Attorney's Office
                                     City of Stockton


                                     By:     /s/ Shelley L. Green
                                          Shelley L. Green
                                          Attorneys for CITY DEFENDANTS

**IT IS SO ORDERED.**

Dated:  April 13, 2011

                                     _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

2

STIPULATION TO TAKE NOTICED DEPOSITION POST DISCOVERY CUT-OFF;
ORDER