1  JOHN M. LUEBBERKE City Attorney
   State Bar No. 164893
2  SHELLEY L. GREEN, Assistant City Attorney
   State Bar No. 161521
3  425 N. El Dorado Street, Second Floor
   Stockton, California 95202
4  Telephone: (209) 937-8333
   Facsimile: (209) 937-8898
5
   Attorneys for City Defendants
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 ANGELINA CANO and              )   NO. 2:09-CV-01226 FCD EFB
   MARIO CANO, individually       )
11 and both as survivors of       )
   Mariano Cano, decedent,        )   **STIPULATION AND ORDER TO**
12                                )   **DISMISS ACTION WITH PREJUDICE**
             Plaintiffs,          )   **[Fed. R. Civ. P. 41(a)(1)]**
13                                )
   v.                             )
14                                )
   CITY OF STOCKTON,              )
15 STOCKTON POLICE DEPARTMENT,    )
   FORMER STOCKTON POLICE CHIEF   )
16 THOMAS MORRIS, and             )
   STOCKTON POLICE OFFICER        )
17 ALAN LAMBERTSON,               )
                                  )
18           Defendants.          )
                                  )
19 _____

20     Pursuant to Federal Rules of Civil Procedure section

21 41(a)(1), the parties to the above-entitled action, through

22 designated counsel, stipulate to dismiss the entire action with

23 prejudice against all parties, each side to bear their own costs.

24 Dated: July 19, 2011          Clair & Bossi

25
                                 By:/s/ *Vittoria M. Bossi*
26                                     Vittoria M. Bossi

27                               Attorneys for Plaintiffs
                                 ANGELINA CANO and MARIO CHE CANO
28

                                 1
_____
STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE

```
Dated: July 18, 2011              JOHN M. LUEBBERKE
                                  CITY ATTORNEY


                                  BY /s/ Shelley L. Green
                                     SHELLEY L. GREEN
                                     ASSISTANT CITY ATTORNEY

                                  Attorneys for City Defendants
```

### ORDER

IT IS HEREBY ORDERED that City Defendants are hereby dismissed with prejudice, all parties to bear their own costs.

Dated: July 19, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE